UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Jeff Reyes-Mejia

Defendant(s)

CRIMINAL NO. 08mj2402

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RECEIVED 2008 AUG 13 PM 3:05 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody ~~of the~~ United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Julia Franco-Perez

DATED: 8/13/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. PARIS Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95